## HARRIS v. WHITE.

No. 3087.   Opinion Filed October 14, 1913.

*Error from District Court, McClain County;*
*R. McMillan, Judge.*

Action between Lee Harris and George W. White. From a judgment in the court below Lee Harris brings error. Dismissed.

*J. W. Hocker,* for plaintiff in error.

*Ben Franklin,* for defendant in error.

Opinion by BREWER, C. This appeal was filed in this court September 25, 1911, and no briefs having been filed by either party the appeal will be treated as abandoned. The same should therefore be dismissed.

By the Court: It is so ordered.